ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| | | |
|---|---|---|
| CARLOS RENATO SANTIAGO ANTOMPIETRI Y OTROS<br><br>Peticionarios<br><br>v.<br><br>LUIS ALBERTO CHAPARRO GALLOZA Y OTROS<br><br>Recurridos | KLCE202301353 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Aguada<br><br>Caso Núm.: AG2023CV01189<br><br>Sobre: Incumplimiento de Contrato |

Panel integrado por su presidente, el Juez Hernández Sánchez, la Jueza Romero García y la Jueza Martínez Cordero.

*Martínez Cordero, Jueza Ponente*

## RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de diciembre de 2023.

Comparece el señor Carlos Renato Santiago Antompietri, la señora Evelyn Del Toro Rivera y la sociedad legal de gananciales compuesta por ambos (en adelante, los peticionarios), mediante un recurso de *Certiorari*, solicitando se revise la *Orden* emitida y notificada el 4 de octubre de 2023, por el Tribunal de Primera Instancia, Sala Superior de Aguada (en adelante, TPI).[1] Mediante la *Orden* recurrida, el foro primario denegó una solicitud de consignación presentada por los peticionarios. Sobre dicha determinación, los peticionarios presentaron de forma oportuna una solicitud de reconsideración,[2] la cual fue denegada por la primera instancia judicial mediante *Resolución* emitida el 6 de noviembre de 2023, notificada al día siguiente.[3]

Dada su inconformidad con lo dispuesto por el tribunal *a quo*, el 4 de diciembre de 2023, comparecieron los peticionarios ante este

---

[1] Apéndice I de los peticionarios, a la pág. 1.
[2] Apéndice II de los peticionarios, a las págs. 2-81,
[3] Apéndice III de los peticionarios, a las págs. 82-83.

Número Identificador

RES2023_____

Tribunal, mediante una *Petición de Certiorari*. En ella, esgrimieron un señalamiento de error, el cual, en síntesis, versa sobre si erró el foro primario al negar a los peticionarios la consignación del pago mensual del préstamo hipotecario hasta que culmine la controversia en el caso del título, aduciendo que el Banco Popular de Puerto Rico, quien es la parte recurrida de autos, presuntamente incumplió dicho contrato de préstamo hipotecario y realizó actos culposos, e incurrió en dolo, negligencia y mala fe.

Conforme a la Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones,[4] este Tribunal tiene la facultad de prescindir de términos no jurisdiccionales, escritos, notificaciones o procedimientos específicos en cualquier caso ante su consideración, con el propósito de lograr su más justo y eficiente despacho". En consideración a lo anterior, eximimos a la parte recurrida de presentar escrito en oposición al recurso de *Certiorari* ante nos.

Evaluada la *Petición de Certiorari* y el expediente en su totalidad, así como el derecho aplicable, este Tribunal concluye que los peticionarios no lograron establecer que el foro primario hubiese incurrido en error alguno, que justifique nuestra intervención en este caso. Por tanto, en virtud de lo dispuesto en la Regla 52.1 de las de Procedimiento Civil,[5] así como de la Regla 40 del Reglamento de este Tribunal,[6] resolvemos *denegar* la expedición del auto de *Certiorari*.

Notifíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís<br>
Secretaria del Tribunal de Apelaciones

---

[4] 4 LPRA Ap. XXII-B, R.7 (B)(5).
[5] 32 LPRA Ap. V, R. 52.1.
[6] 4 LPRA Ap. XXII-B, R.40.